IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES LEMONS

v.

Civil Action No.: 12-cv-534

PRINCE GEORGE'S COUNTY, et al.

## VERDICT SHEET

1. Do you find by a preponderance of the evidence that Defendant, Anwar Mirza, intentionally committed an act that violated Plaintiff Charles Lemons' federal constitutional right not to be subjected to unreasonable force?

    Yes \_\_\_\_  No **X**

If you answer "No" to Question 1, STOP. Your deliberations are concluded.

2. Do you find by a preponderance of the evidence that Defendant, Anwar Mirza, committed an act that was the legal or proximate cause of damages sustained by Plaintiff Charles Lemons?

    Yes \_\_\_\_  No \_\_\_\_

3. Do you find by a preponderance of the evidence that the Plaintiff Charles Lemons should be awarded compensatory damages to compensate for physical as well as emotional pain and mental anguish?

    Yes \_\_\_\_  No \_\_\_\_

If your answer is Yes, in what amount? $ _____

4. Do you find by a preponderance of the evidence that the Defendant Anwar Mirza acted with malice or with reckless indifference to the Plaintiff Charles Lemons' federally protected rights and that punitive damages should be assessed against the Defendant Anwar Mirza?

    Yes \_\_\_\_  No \_\_\_\_

If your answer is Yes, in what amount? $ _____

Date: 10-16-13          - SIGNATURE REDACTED

                              FOREPERSON